# CHAUFFEURS, TEAMSTERS, AND HELPERS LOCAL UNION NO. 301

### Affiliated with the
### International Brotherhood of Teamsters

# AREA WIDE MATERIAL HAULING/HEAVY HIGHWAY AGREEMENT



# EFFECTIVE JUNE 1, 2015 THROUGH JULY 31, 2019

EXHIBIT

1

## TABLE OF CONTENTS

| | Article No. | Page No. |
|---|---|---|
| Recognition and Scope of Agreement | 1 | 3 |
| Work outside the Local Union's Geographic Jurisdiction | 2 | 5 |
| Union Security | 3 | 5 |
| Subcontracting | 4 | 6 |
| Pre-Job Conference | 5 | 7 |
| No Strikes or Lockouts | 6 | 8 |
| Grievances and Arbitration | 7 | 8 |
| Jurisdictional Dispute | 8 | 9 |
| Wages | 9 | 10 |
| Health & Welfare | 10 | 14 |
| Pension Fund | 11 | 16 |
| Check-Off | 12 | 18 |
| D.R.I.V.E. Authorization and Deduction | 13 | 18 |
| Working Hours and Overtime | 14 | 19 |
| General Conditions | 15 | 21 |
| Additional Duties | 16 | 22 |
| Non-Discrimination | 17 | 23 |
| Employment Termination | 18 | 23 |
| Holidays | 19 | 24 |
| Vacations and Leaves of Absence | 20 | 24 |
| Owner/Drivers | 21 | 24 |
| Mechanic's Tools | 22 | 24 |
| Bulletin Board Access | 23 | 25 |
| Job Access by Union-Stewards | 24 | 25 |
| Protection of Rights | 25 | 26 |
| Separate Agreements | 26 | 26 |
| Compliance with Safety and Traffic Laws | 27 | 27 |
| Economic Loss | 28 | 27 |
| Inspection Privileges | 29 | 27 |
| Emergencies | 30 | 28 |
| Sales and Transfers-Scope of Obligation | 31 | 28 |
| Conformity to Law-Savings Clause | 32 | 29 |
| Funeral Leave | 33 | 29 |
| Military Leave of Absence | 34 | 29 |
| Uniform Drug/Alcohol Abuse Policies | 35 | 30 |
| Uniforms | 36 | 30 |
| Work Rules | 37 | 30 |
| Teamsters Joint Council No. 25 Training Fund | 38 | 31 |
| Duration and Termination | 39 | 32 |

This agreement entered into the _____ day of _____, _____ by and between_____, hereinafter referred to as the "Employer" and Chauffeurs, Teamsters, Warehousemen and Helpers, Local Union No. 301, an affiliate of the International Brotherhood of Teamsters, hereinafter referred to as the "UNION". The Agreement shall be known as the Area Wide Material Hauling Agreement.

## WITNESSETH

    1. The purpose of this agreement is (A) to enter into a definite labor management contract covering the wages, hours, conditions of work and terms of employment in the relationship between employer and employee; (B) to prevent strikes, lockouts, and work stoppages; (C) to adopt suitable measures for the peaceful settlement of grievances and differences; (D) to secure to members of the employer sufficient capable employees; (E) to protect the economic and employment welfare of employees.

    2. It is mutually understood and agreed that the following terms relating to the wages, hours and working conditions of workers covered by this agreement have been agreed upon by the means of collective bargaining, and that the following provisions will be binding upon the parties to this agreement during the terms of this agreement and any renewal period thereof.

## ARTICLE 1
## RECOGNITION AND SCOPE OF AGREEMENT

1. **Geographic Coverage.** The geographic area is the area covered by the I.B. of T. Local 301 within the jurisdiction of I.B. of T. Joint Council No. 25.

2. **Recognition.** Employer recognizes the Union, as the sole and exclusive bargaining agent with respect to rates of pay, hours of work and all other conditions of employment for all employees covered by this agreement.

3. **Bargaining Unit.** Employees covered by this agreement are all employees in the classifications of work covered by this agreement, employed by the employers in the contract territory and engaged in the work described in Section 1.4 hereof.

4. **Work Covered.** Jurisdiction. This agreement shall apply to employees in the classifications herein set forth in the performance of work involved in the following operations.

**(a)** **Heavy Construction.** Heavy construction is defined as construction substantially in its entirety any fixed structure, any improvement or modification thereof, or an addition or repair thereto, including any structure which is an incidental part thereof, including without limitation, railroads and street railway construction project, sewers, water mains, grade separations, foundations, pile driving, piers, abutments, retaining highways, drainage projects, sanitation projects, aqueducts, irrigation projects, flood control projects, reclamation projects, reservoirs, water supply projects, water power development, hydroelectric development, duct lines, pipelines, locks, dams, dikes, levees, revetments, channels, channel cutoffs, intakes, dredging projects, jetties, breakwaters, docks, harbors, industrial sites, airports, excavation and disposal of earth and rock.

**(b)** **Highway Construction Work.** Highway construction work is defined as all work ordinarily included in highway construction contracts, bridges, sewer and street grading, street paving, curb setting, sidewalks, etc. and landscaping on work where prevailing wage rules are in effect. End loaders loading material in and out of employer's yard or job location shall be the work of a Teamster. Teamsters shall run screening plants when the screening plant services all material in and out, and all loading from the plant and any material loaded from the Employer's yard shall be loaded by a Teamster.

**(c)** Removal and disposal of rubbish from wrecking jobs.

**(d)** Snow removal.

**(e)** Hauling of cinders, slag, asphalt (including liquid asphalt), sand fill and all other types of fill on construction jobs.

**(f)** Delivery to and spreading on the construction site or the road bed of any stabilized base material to be used as a sub-surface including but not limited to fill, poz-o-pac, aggregate materials, bituminous aggregate materials, cement aggregate materials or any other trade name of base or paving material.

**(g)** Back filling.

**(h)** Digging.

**(i)** Leveling and grading.

**(j)** Street sprinkling and flushing.

**(k)** Concrete breaking.

**(l)** Pipeline work.

**(m)** Pavement marking and sealing.

**(n)** Construction slag and sludge hauling or any other trucking in or out of steel mills.

**(o)** Hauling of salt.

**(p)** Asphalt plant and end loaders in areas where it has been past practice.

**(q)** The hauling of recycled broken asphalt and recycled broken concrete.

**(r)** The securing and tarping of all loads shall be the driver's responsibility.

**(s)** Concrete pumping trucks.

**(t)** Concrete crushing plants.

**(u)** Cherry picking booms unloading drywall, bag material, brick and all other materials loaded or unloaded from cherry picking boom and flat bed trucks or semi bed trucks or semis.

**(v)** Street sweepers.

**(w)** Sludge hauling.

**(x)** Stock piling.

## ARTICLE 2
## WORK OUTSIDE THE LOCAL UNION'S GEOGRAPHIC JURISDICTION

**1.** In the event the employer assigns work to employees covered by this agreement to be performed outside the geographical jurisdiction of this Local Union and within the jurisdiction of another I.B.T. Local Union which has established a higher standard of wages and benefits for such work, covered employees shall be compensated the hourly wage rate equivalent of the higher standard for all such work performed. For purposes of this article, standard of wages and benefits shall mean the straight-time hourly labor cost of such wages and benefits to the Employer.

**2.** Disputes concerning the application of the requirements of this article, including whether a higher standard of wages and benefits has been established by the other I.B.T. Local Union may be submitted to the President of Joint Council No. 25 for the purpose of resolution.

## ARTICLE 3
## UNION SECURITY

**1.** **Maintenance of Membership.** Present employees who are members of the Union must, as a condition of employment, maintain such membership during the term of this agreement.

**2.** **New Employees.** New employees performing construction work shall, as a condition of employment, become members of the Union on the eighth (8th) day after the beginning of employment or after the execution date of this agreement, whichever is later, and shall maintain such membership as a condition of continued employment. All other new employees shall, as a condition of employment, become members of the Union on the thirtieth (30th) day after the beginning of employment or after the execution date of this agreement, whichever is later, and shall maintain such membership as a condition of continued employment. Once a month on the first day of each month after a new employee is hired, the employer

shall provide the Union with a list of such new hires providing the employee's full name, address, social security number, date of hire and the location where the employee is assigned to report for work.

3. **Enforcement.** Any employee who refuses or fails to fulfill the obligations of Articles 3.1 or 3.2 above shall forfeit his right of employment; and the employer shall discharge such employee within three (3) working days of receiving written notice from the Union of the failure of an employee to fulfill said obligations; provided, that the Union shall hold the Employer harmless for demands under this section not in accord with Federal Law.

4. **Additional Employees.** When the Employer needs additional employees he shall give the Local Union equal opportunity with all sources to provide suitable applicants but shall not be required to hire those referred by the Union. The names and addresses of all new employees shall be furnished to the office of the Union not later than the first pay period after their hiring.

## ARTICLE 4
## SUBCONTRACTING

1. The Employer agrees that it will not lease, assign, or subcontract any bargaining unit work to any person, partnership, corporation or business enterprises until or unless all of the Employer's equipment and work force is engaged, and/or the Employer does not own the necessary equipment to perform the work.

2. Each Employer shall identify each and every owner/driver to the Union regardless of whether or not the vehicle is licensed in the name of the driver or the lessee.

3. In order to protect the wages, working conditions and job opportunities of workers employed under this agreement, it is agreed that if the contractor subcontracts any work on any construction project covered by this agreement such subcontract shall provide that the subcontractor shall abide by all of the terms of this agreement in performing such work for the duration thereof, including the spreading on the construction site of the road bed of any stabilized base material to be used for subsurface which shall include but not be limited to fill, poz-o-pac, aggregate materials, bituminous aggregate materials, cement aggregate materials, or any other trade name of base or paving materials, or the stockpiling of such materials. The contractor shall neither sublet nor hire any such employers unless the employees of such employers are paid an amount equal to the wages and fringe benefits being paid to employees working under this agreement.

4. The subcontract shall further require the subcontractor to sign an agreement with the Union requiring the subcontractor to make payments to the Health and Welfare Fund and the Pension Fund, referred to in Articles 10 and 11 of this agreement. Such payments shall be made only for work performed on the particular project by the subcontractor's employees. Such payments shall be made to the same trusts,

in the same amounts and upon the same terms and conditions as required of the contractor under this agreement. The contractor shall be a guarantor for such payments.

**5.** In the event a contractor, subcontractor, or owner/driver or drivers failed to comply with the provisions of this article, the contractor shall be considered in direct violation of this agreement. The contractor, subcontractor or owner/driver or drivers shall within seventy-two (72) hours after receiving notice excluding Sundays and holidays investigate and meet with the Union to adjust or comply with the requirement. If an agreement or settlement is not reached, it shall be submitted to the grievance and arbitration procedure of Article 7.

**6.** The Employer agrees that he will not subcontract work to any cartage hauler, owner/operator or owner/driver unless there is full compliance with the subcontracting clause set forth in this article so that all owner/operators or owner/drivers performing work must be paid an amount equal to the wages and fringe benefits being paid to employees working under this agreement. The Employer agrees to assume any liability for failure of any one performing work covered by this agreement who is not being paid the proper rates.

## **ARTICLE 5**
## **PRE-JOB CONFERENCE**

**1. (a)** Before commencing any job, an employer shall meet with the Union to conduct and participate in a pre-job conference for the purpose of advising the Union of the Employer's requirements as to the number of employees, the probable starting date, duration of the job, working schedules and other matters affecting employees. All contractors shall provide a list of subcontractors and owner/driver or drivers to the Local Union three (3) working days prior to the commencement of work.

**(b)** Any Employer utilizing subcontractors must participate in a pre-job conference for all work covered by this agreement prior to the commencement of work covered by the agreement.

**2.** When a project is within the territory of more than one Local Union, the determination of the division of the employees for representation purposes shall be made by an agreement between the Local Union and the Employer. In the event the Local Union and the Employer are unable to reach such an agreement, the issue shall be referred within five (5) working days to Teamsters Joint Council No. 25. A representative of Teamsters Joint Council No. 25 shall meet with the employer involved to settle this dispute and this decision shall be final and binding on all parties concerned. If a contractor evades a pre-job conference, they automatically forfeit their right to the grievance procedure. The Local Union may strike the project if a contractor fails to participate in said pre-job conference.

## ARTICLE 6
## NO STRIKES OR LOCKOUTS

In view of the fact that parties have provided for an orderly procedure for settling differences of opinions and disputes, the Union agrees that for the duration of this agreement, there shall be no strikes except as otherwise herein provided and the Company agrees that during the life of this agreement there shall be no lockouts. The provisions of this article shall not apply to any Company that refuses to follow the procedures outlined in Article 7 – Grievances and Arbitration.

## ARTICLE 7
## GRIEVANCES AND ARBITRATION

1. All disputes or grievances arising out of work and operations under this agreement shall be settled and resolved as provided in this article except as otherwise herein provided.

2. A dispute or grievance not resolvable by a foreman or superintendent shall be first taken up between the Employer and a representative of the Local Union having geographic jurisdiction within the contract territory within ten (10) working days after the date of the occurrence which is the subject of the dispute or grievance or no action shall be required. The employee will submit a written rebuttal to be sent to the employer and placed on file with Local 301 for any written warning letters received from the Employer that the employee wishes to dispute. If the above mentioned letters are used for any discipline, layoff or termination the above rebuttal letters will first be heard to determine the validity of each letter, before the discipline or termination case is heard.

3. In the event that the grievance cannot be resolved within two (2) working days of the provisions of 7.2, it shall be reduced to writing and referred for conference and resolution by designated officials of the Union and the Employer. The Employer and the Union shall submit the written grievance to the grievance committee if not resolved at this step.

4. In the event the grievance cannot be resolved by the provisions of 7.3 within seven (7) working days after receipt of the Union and the Employer of the written grievance, the written grievance shall be submitted immediately to the grievance committee created in this article. Termination grievances must be held within fourteen (14) days of being submitted to the grievance committee.

5. No action shall be required on employee complaints as to wages, and working conditions unless made within ten (10) working days of the supposed violation.

6. The Employers and the Union shall together create and appoint a permanent area committee consisting of an equal number of members representing the Employers

and Union, but no less than two (2) from each group. Alternates may also be appointed. The area committee shall, at its first meeting formulate rules and procedure to govern the conduct of its proceedings.

7. It shall be the function of the area committee to resolve disputes or grievances which cannot be settled under Article 7.3.

8. **(a)** No Employer shall sit on the panel of the area committee which is hearing or considering a grievance or dispute arising from his own operations.

   **(b)** No Local Union shall sit on a panel of the area committee which is hearing or considering a grievance or dispute arising from a job over which such Local Union has a geographical jurisdiction.

9. When the area committee by a majority vote decides a dispute or grievance, such decision shall be final and binding on all parties.

10. When an area committee is unable to decide a dispute or grievance it may be submitted at the option of the moving party within thirty (30) days to an arbitrator jointly selected by the committee from a panel of five (5) potential arbitrators provided by the American Arbitration Association. Each party shall alternatively strike names from the list, the party striking first shall be determined by a coin toss, striking shall continue until one arbitrator remains. The decision of the arbitrator shall be final and binding upon all parties.

11. The expense of the arbitrator shall be jointly paid by the Employer and the Local Union between whom the grievance or dispute exists.

12. The Arbitrator shall have no authority to add to, detract from, or in any way alter the provisions of this agreement.

### ARTICLE 8
### JURISDICTIONAL DISPUTE

1. In the event of a jurisdictional dispute between the Union's party to this agreement and another Labor Organization who is party to a collective bargaining agreement with the Employer, the Employer or the Union shall request such Unions or Labor Organizations involved to send representatives to a mutually agreed location to meet to settle the dispute.

2. The meeting referred to in Section 8.1 shall be held at a mutually agreed location within three (3) working days of the request for such a meeting by either of the disputing Labor Organizations, Unions or the Employer and shall be between the Employer and the representatives of the disputing Union and Labor Organizations. At this meeting, the disputing Unions and Labor Organizations shall submit whatever evidence and arguments they contend to support their respective positions.

3.  Not later than twenty-four (24) hours after conclusion of the meeting referred to in Sections 8.1 and 8.2 above, the Employer shall make a written assignment of said disputed work, and serve copies of same on all interested parties.

4.  Whenever the assignment made by the Employer in Section 8.3 above is not agreeable to the Unions or Labor Organizations the provisions of this agreement shall prevail until a jurisdictional award has been made by the proper jurisdictional board of the International Unions of which the Local disputing Labor Organizations are members. Employers agree to abide by such jurisdictional award for that project, but there shall be no work stoppage while the settlement of the dispute is pending.

5.  All jurisdictional disputes between or among building and construction trades unions and employers, parties to this agreement, shall be settled and adjusted according to the present plan established by the building and construction trades department or any other plan or method of procedure that may be adopted in the future by the building and construction trades department. Decisions rendered shall be final, binding and conclusive on the Employer and Union parties to this agreement.

## ARTICLE 9
## WAGES

1.  The following rates of hourly pay shall prevail during the period herein set forth.

**Material Haul Compensation Provision**: This article shall only apply to classifications covered by this agreement when employees are engaged in the work of transporting building materials from pits, yards, quarries, and plants and inside pits, yards, quarries and plants, as well as to and from stockpiles. This shall not include the movement of such material from one point to another point on a job site. Pursuant to Article 1, Section 1.4, excavated material loaded, hauled and/or removed from jobsite is exempt from this provision. Furthermore, it is also agreed that the hauling of grindings, asphalt (including liquid asphalt), bituminous aggregate materials or any other trade name base or paving materials, broken concrete, broken asphalt and all milling or grinding associated work is also exempt from this provision. Said provision shall apply to salt hauling operations.

2.  There shall be an increase in the total economic package according to the following schedule. Allocation of these amounts between wages and/or fringe benefits funds shall be determined by the Local Union thirty (30) days prior to the effective date of the increase.

3.  The trucks listed in this section shall be classified and drivers paid on the following axle basis:

## <u>WAGES – ALL CLASSIFICATIONS</u>

Effective: 6/1/2015         $30.00 per hour
            6/1/2016         $1.49 (TBA) H&W, Pension, Wage
            6/1/2017         $1.42 (TBA) H&W, Pension, Wage
            6/1/2018         $1.46 (TBA) H&W, Pension, Wage

### <u>CLASSIFICATION</u>

- Group 1-     3 axle trucks
- Group 2-    4 axle trucks
- Group 3-    5 or more axle trucks
- Group 4
- Bulk tank trucks
- Dry batch trucks
- Flat bed trailers
- Buses
- Dump or conveyor trucks
- Fuel trucks
- Grease trucks
- Low boys
- Service trucks
- Scissor trucks
- Telescope trucks
- Water trucks
- Supply and utility trucks
- All trucks five axle or over

### <u>Group 1</u>

- Frame truck when used for transportation purposes
- Air compressors and welding machines, including those pulled by cars, pick-up trucks and tractors rubber tire tractors or track end loaders
- Ambulances
- Batch gate lockers
- Car and truck washers
- Carry alls
- Fork lifts and hoisters
- Helpers
- Mechanics helpers and greasers
- Oil distributors
- Pavement breakers
- Pole trailer, up to forty (40) feet
- Power mower tractors
- Self-propelled chip spreader
- Shipping and receiving clerks and checkers
- Skipman
- Slurry trucks, two (2) man operation

➢ Unskilled dumpmen
➢ Warehousemen and dockmen
➢ Truck drivers hauling warning lights, barricades and portable toilets on job site

### Group 2

➢ Dispatcher
➢ Dump crets and adgetors under seven (7) yards
➢ Dumpsters, track trucks, euclids, hug bottom, dump turnapulls, or turnatrailers when pulling other than self-loading equipment or similar equipment under sixteen (16) cubic yards
➢ Winch trucks, 2-axles

### Group 3

➢ Dump crets and adgetors seven (7) yards and over
➢ Dumpsters, track trucks, euclids, hug bottom, dump turnapulls, or turnatrailers when pulling other than self-loading equipment or similar equipment over sixteen (16) cubic yards
➢ Explosives and/or fission material trucks
➢ Oil distributors
➢ Pole trailer, over forty (40) feet
➢ Pole and expandable trailers hauling material over fifty (50) feet long
➢ Pre-cast concrete and pipe
➢ Slurry trucks
➢ Winch trucks, three (3) axles or more
➢ Mechanic--*Truck welder and truck painter

### Group 4

➢ Asphalt plant operators
➢ Dual-purpose vehicles, such as mounted crane trucks with hoist and accessories
➢ Foreman
➢ Master mechanic
➢ Self-loading equipment like P.B. and trucks with scoops on the front
➢ Portable crushers, conveyors and end loaders operating the portable crusher
➢ Street sweeper

**4.** The Employer agrees to compensate the employees, the prevailing wage rates when engaged in construction work covered by the Davis Bacon Act. Any and all work performed on any project having a predetermined wage setting or covered by a governmental wage requirement, such as the Illinois Prevailing Wage Act and/or the Davis Bacon Act, shall be paid at the rates outlined in the Area Construction Agreement (MARBA).

**5.** Drivers operating different types and sizes of equipment on the same day which they operate for two (2) hours or more shall be paid the rate governing the highest rated equipment operated for the entire day.

6. **(a)** The Employer and employee agree to notify the Union representative when using new types of equipment not formerly used by his company, the negotiating committee of the Employers and the Unions shall meet to immediately negotiate the wage scale for same. The agreed rate shall be retroactive to the equipment's first day of use.

   **(b)** The Employer shall assign to the Teamsters any technological change, advancement, process, procedure, introduction of any new method or machinery that replaces, modifies or eliminates work that has traditionally been performed by the Teamsters.

7. An employee's pay shall start at whatever time the employee reports for work as instructed by the Employer, or as provided for in Article 14.3 and shall not stop until his truck is through work, including filling with gasoline and oil if requested by the Employer.

8. All employees shall be paid weekly and no more than five (5) days shall be withheld. Employee's paycheck to be ready for him not later than quitting time on designated payday.

9. The Employers shall list on each employee's check stub the amount of straight time hours and the amount of overtime hours as well as all deductions from the employee's check.

10. An employee who was injured on the job, and is sent home, or to a hospital or who must obtain medical attention, shall receive pay at the applicable hourly rate for the balance of his regular straight time shift on that day. An employee who has returned to his regular duties after sustaining a compensable injury who is required by the Employer's doctor to receive additional medical treatment during his regularly scheduled working hours shall receive his regular hourly rate of pay for the straight time hours lost from work.

11. Prevailing wage rate: The Employer agrees that on any State, Federal, or Municipal project requiring the payment of the prevailing area standard wage, the Employer shall be bound to pay the State prevailing rate for wages and fringe benefits and may rely upon the contract rates only if the total package regarding wages, welfare and pension are greater than the prevailing rate for work of like nature performed in this locale.

### ARTICLE 10
### HEALTH AND WELFARE

**1.**

**(a) Commencing with June 1, 2015:**

The Employer shall pay the applicable rate per hour for each regular employee covered by this agreement who performs any work in such week into the trust fund set up by the Trust Agreement now in effect. There shall be an increase in the total economic package according to the following schedule. Allocation of these amounts between wages and/or fringe benefits funds shall be determined by the Local Union thirty (30) days prior to the effective date of the increase.

Effective:
| | |
|---|---|
| 6/1/2015 | $9.07 per hour per employee for all hours worked |
| 6/1/2016 | $1.49 (TBA) H&W, Pension, Wage |
| 6/1/2017 | $1.42 (TBA) H&W, Pension, Wage |
| 6/1/2018 | $1.46 (TBA) H&W, Pension, Wage |

It is agreed that the above distribution of the wages, Health & Welfare and Pension contributions may be modified if necessary to maintain appropriate Health & Welfare and Pension coverage. Such notification of modifications shall be given thirty (30) days prior to the effective date of the increases.

**(b)** Any disagreement with respect to the eligibility, time and method of payments, payments during periods of employee illness or disability, method of enforcement of payment and related matters shall be determined by such Trustees. The Fund shall in all respects be administered in accordance with the Trust Agreement. The method and amount of payment shall be as follows:

**(i)** The amount in effect, per employee per hour/week shall be contributed for each regular employee other than casual or emergency employees, covered under the collective bargaining agreement for any hours/weeks in which such employee performs any service for the Employer.

**(ii)** Payment shall be made on casual or emergency employees who are defined for this purpose only as employees who are not regularly scheduled employees and such payment shall be made for the hours actually worked.

**(iii)** If any regular employee is absent because of non-occupational illness or injury, the Employer shall continue to make the required weekly contribution or hourly contribution (at forty (40) hours per week) for a period of four (4) weeks.

**(iv)** If any regular employee is absent because of occupational illness or injury, the Employer shall continue to make the required weekly contribution or hourly contribution (at forty (40) hours per week) until the employee returns to work, or for a period of twelve (12) months, whichever is the shorter.

- 14 -

**(c)** The obligation to make the above contributions shall continue during periods when the collective bargaining agreement is being negotiated, except during a strike.

**(d)** The Employer agrees that it is bound by and is a party to the Trust Agreement creating the Health and Welfare Fund and the Pension Fund, and all prior and subsequent amendments thereto, as if it had signed the original copy of each of the said Trust Agreements, both of which said agreements being incorporated herein by reference and made a part hereof; the Employer hereby designates as its representatives on the Board of Trustees of said Funds such Trustees as are named in said agreements and declarations of Trust, as Employer Trustees, together with their successors selected in the manner provided in said agreements and declarations of Trust, as they may be amended from time to time; and further agrees to be bound by all action taken by said Employer Trustees regarding and pursuant to the said agreements and declarations of Trust as amended from time to time.

**(e)** **Remedy for failure to pay or delinquent payment to the Health and Welfare Fund:**

The Employer recognizes the necessity of making prompt Health & Welfare contributions. The possibility that employees' benefit standing will be placed in jeopardy if contributions are not made timely and the concern of the Union that all eligible employees are covered by such contributions.

Whenever the Union in its sole discretion determines that the Employer is delinquent in making payment of unpaid wages, union dues deducted in accordance with check-off billing and payments to the Health & Welfare Fund, as required under this agreement or the rules and regulations of the respective Fund, then the Union may strike the Employer to enforce such payment. This provision shall not be subject to and is specifically excluded from the grievance procedure. The Employer shall be responsible for any loss of any Health & Welfare benefits resulting thereby and reimbursement for all wages lost because of any action taken by the Union. Additionally, in the event the Employer has been found to be delinquent, the Employer shall be required to pay in addition to the actual delinquency, ten percent (10%) of the delinquent amount in liquidated damages, and accountant and attorney fees and court costs.

**(f)** A calendar week is Sunday through Saturday. The Employer and the Union agree that the contribution amounts set forth above are intended to cover the cost of benefits provided by the Welfare Fund, as well as the Employer portion of any payroll or other taxes that may become due as a result of the payment of benefits.

**(g)** **Benefit calculation re-opener:** It is agreed between the parties, that if during the life of this agreement the Teamsters Local 301 Health & Welfare and/or Pension Fund(s), upon advice of their actuaries, change the method or formula or funding of contributions from the present weeks worked to hours worked, then upon seven (7) days written notice by the Union to the Employers or the Association, the welfare and/or pension articles of this agreement, and no others,

shall be re-opened to negotiate an hourly benefit contribution in an amount determined by the actuary necessary to fund the plan(s) at its/their current level of benefits.

In the event of impasse, the levels of contributions based on weeks worked as set forth in this in this agreement shall remain in force for the remaining life of the contract.

**(h)** <u>**Surety bond:**</u>  If the Employer is found to be in violation of the wage or benefit contribution rates as provided by the agreement, same shall deposit with the office of the Union or Trust, as applicable, a surety bond to guarantee the payment of such wage and benefit contributions.  The amount of the bond shall be $50,000.  Determination of the delinquency shall be made by the office of the Union.  The Union shall provide written notice to the Employer of any delinquency in wages or fringe benefit contributions as defined herein.

**ARTICLE 11**
**PENSION FUND**

**1.**

**(a)** Commencing with June 1, 2015, the Employer shall pay the applicable rate per week per employee into a Trust Fund for the purpose of providing pension benefits to employees covered by this agreement.  There shall be an increase in the total economic package according to the following schedule.  Allocation of these amounts between wages and/or fringe benefits funds shall be determined by the Local Union thirty (30) days prior to the effective date of the increase.

| Effective: | |
| --- | --- |
| 6/1/2015 | $180.00 (base rate) per week per employee |
| 6/1/2016 | $1.49 (TBA) H&W, Pension, Wage |
| 6/1/2017 | $1.42 (TBA) H&W, Pension, Wage |
| 6/1/2018 | $1.46 (TBA) H&W, Pension, Wage |

It is agreed that the above distribution of the wages, Health & Welfare and Pension contributions may be modified if necessary to maintain appropriate Health & Welfare and Pension coverage.  Such notification of modifications shall be given thirty (30) days prior to the effective date of the increases.

**Pension rates are all inclusive of any PPA charges.**

**(b)** The Pension Fund shall be administered by the Board of Trustees and in all respects in accordance with the Trust Agreement.  Any disagreement with respect to the eligibility, time and method of payments, payments during periods of employee illness or disability, method of enforcement of payment and related matters shall be determined by such trustees.  The method and amount of payment shall be as follows:

**(i)** A calendar week is Sunday through Saturday. Starting with the first worked day of the week, the Employer will pay twenty-five percent (25%) of the weekly contribution rate to the Teamsters Local 301 Pension Fund for each day the employee worked, with a cap of four (4) days.

**(ii)** If any regular employee is absent because of non-occupational illness or injury, the Employer shall continue to make required contributions for a period of four (4) weeks at the applicable rate per week per member in effect.

**(iii)** If any regular employee is absent because of occupational illness or injury, the required contribution shall be made until the employee returns to work, or for a period of twelve (12) months, whichever is the shorter.

**(c)** The obligation to make the above contributions shall continue during periods when the collective bargaining agreement is being negotiated, except during a strike.

**(d)** The Employer agrees that it is bound by and is a party to the Trust Agreement creating the Pension Fund, and all prior and subsequent amendments thereto, as if it had signed the original copy of the said Trust Agreement, said agreement being incorporated herein by reference and made a part hereof, the Employer hereby designates as its representatives on the Board of Trustees of said Fund such trustees as are named in said agreement and declaration of Trust, as Employer Trustees, together with their successors selected in the manner provided in said agreement and declarations of Trust, as it may be amended from time to time; and further agrees to be bound by all action taken by said Employer Trustees regarding and pursuant to the said agreement and declaration of Trust as amended from time to time, provided that the Employer does not waive but retains in full measure that same right to challenge on constitutional or legal grounds any assessment or withdrawal liability that it had upon the date of enactment of the Multi-Employer Pension Plan Amendments Act of 1980.

**(e)** <u>**Remedy for failure to pay or delinquent payment to the Pension Fund:**</u>

The Employer recognizes the necessity of making prompt pension contributions, the possibility that employees' benefit standing will be placed in jeopardy if contributions are not made timely, and the concern of the Union that all eligible employees are covered by such contributions.

Whenever the Union in its sole discretion determines that the Employer is delinquent in making payment of unpaid wages, union dues deducted in accordance with check-off billing and payments to the Pension Fund, as required under this agreement or the rules and regulations of the respective fund, then the Union may strike the Employer to enforce such payment. This provision shall not be subject to and is specifically excluded from the grievance procedure. The Employer shall be responsible for any loss of any Pension benefits resulting thereby and reimbursement for all wages lost because of any action taken by the Union. Additionally, in the event the Employer has

been found to be delinquent, the employer shall be required to pay, in addition to the actual delinquency, ten percent (10%) of the delinquent amount as liquidated damages, and accountant and attorney fees and court costs.

**(f)** **Surety bond:** If the Employer is found to be in violation of the wage or benefit contribution rates as provided by this agreement, same shall deposit with the office of the Union or Trust, as applicable, a surety bond to guarantee the payment of such wage and benefit contributions. The amount of the bond shall be fifty thousand dollars ($50,000). Determination of the delinquency shall be made by the office of the Union. The Union shall provide written notice to the Employer of any delinquency in wages or fringe benefit contributions as defined herein.

**(g)** The Union and the employees shall indemnify the Employer and hold it harmless against any and all claims, demands, suits, tax consequences or other forms of liability that shall arise out of, or by reason of, any action taken or not taken by the Employer for the purpose of complying with this section or in reliance on any authorization or notice given to the Employer by the Union or employee regarding the employees participation in the program and the amount of any deduction made pursuant to such participation.

## ARTICLE 12
## CHECK-OFF

**1.** Upon receipt of a written authorization from the employee on a form provided by the Union, the Employer agrees to deduct initiation fees and re-initiation fees and monthly union dues from the pay of each such employee in the amount and manner prescribed by the Union in accordance with its constitution and by-laws and shall remit same to the Union within ten (10) days from its collection.

**2.** The Union shall indemnify, defend and save the company harmless against any and all claims, demands, suits or other forms of liability that shall arise out of or by reasons of action taken, or not taken, by the company for the purpose of complying with any provisions of this article on reliance upon any lists, notices, or assignments furnished under this article.

## ARTICLE 13
## D.R.I.V.E. AUTHORIZATION AND DEDUCTION

Upon receipt of a written authorization from the employee, the Employer agrees to deduct from the employee's paycheck voluntary contributions to Democratic Republican Independent Voter Education (D.R.I.V.E.). D.R.I.V.E. shall notify the Employer of the amounts designated by each employee that are to be deducted from his/her paycheck on a weekly basis for all weeks worked. The phrase "weeks worked" excludes any week other than a week in which the employee earned a wage.

- 18 -

The Employer shall transmit to D.R.I.V.E. National Headquarters on a monthly basis, in one (1) check, the total amount deducted along with the name of each employee on whose behalf a deduction was made, the employee's social security number, and the amount deducted from the employee's paycheck. D.R.I.V.E. agrees to indemnify the Employer and hold it harmless against any and all suits, claims demands, and other liability for damages, penalties, or back pay that may arise out of, or resulting from the application of the provisions of this article.

## ARTICLE 14
## WORKING HOURS AND OVERTIME

**1.** Eight (8) continuous hours (not including meal period referred to in Article 14.7) shall constitute a workday. Forty (40) straight time hours, Monday through Friday, shall constitute a work week, without regard to the weekly pay period as established by the Employer.

**2. (a)** Time and one-half (1 ½) shall be paid for all time worked over eight (8) hours in any one (1) day, and over forty (40) hours in any one week, Monday through Friday (and Saturday when an employee works a Saturday as a make-up day as determined in this section). Effective upon execution of this agreement, if any employee calls off or voluntarily leaves work before the workday is concluded for any reason during the Monday through Friday workweek, then Saturday shall be paid as a non-premium make-up day. Otherwise, Saturday shall be paid at the applicable overtime rate of time and one-half (1 ½) for all hours worked.

   **(b)** If any employee calls off at his own initiative on a regular scheduled workday during the workweek and is put to work on Saturday as a make-up day, he shall be guaranteed four (4) continuous hours of work at his applicable straight-time hourly rate of pay for that day.

**3.** The starting time in the morning shall be between the hours of 2:00 a.m. to 9:00 a.m. An employee starting work between the hours of 9:00 a.m. and 12:00 noon shall be paid back at his straight time rate to 9:00 a.m. An employee starting work on the second shift between the hours of 12:01 p.m. and 6:00 p.m. shall be paid a fifteen cents (.15) per hour shift differential in addition to their straight time hourly rate for all work performed on a second shift. Employees starting to work on a third shift between the hours of 9:00 p.m. and 1:59 a.m. shall receive thirty cents (.30) per hour in addition to their straight time hourly rate for the third shift. Where job requirements call for starting times later than 9:00 a.m. but before 12:00 noon, the Employer and the Union will confer to approve the starting time for the specific job period.

**4. (a)** The Employer recognizes the desire of the employees to know as soon as possible whether or not work will be available the following day. Therefore every reasonable effort shall be made to give an employee his starting time the night before, provided however, that the assignment of a starting time shall not be construed as a guarantee of show-up time if the employee is notified prior to leaving his home in the

morning not to report for work, nor shall this section preclude the Employer from calling employees not scheduled the night before to work in the morning when required by business conditions.

**(b)** The Employer not notifying the employee at least two (2) hours prior to reporting time that there will be no work that day shall give him two (2) hours pay for reporting. If requested by the Employer the employee must stay on the job to qualify for the two (2) hour pay. All reporting time shall be paid at the applicable hourly rate for that day.

**(c)** Nothing in this agreement shall require an Employer to transfer an employee who is paid the two (2) hours show-up time to another location that day because of seniority or work guarantees.

**5.** If any employee is ordered to start work by his Employer, Monday through Saturday he shall not receive less than eight (8) hours straight time pay except for 14.2(b). If he starts work on Sunday and holidays he shall not receive less than four (4) hours pay at the applicable hourly rate.

**6.** All work performed on any Sunday shall be paid at the rate of double time.

**7.** <u>**Meal Period**</u>**:**

  **(a)** Each shift shall include an unpaid one-half (½) hour meal period.

  **(b)** Any employee required to work through their meal period, and does work through their meal period, shall be paid the overtime rate of time and one-half (1 ½) for such time worked.

  **(c)** The one-half (½) hour unpaid meal period shall commence between the fourth (4th) and end of the sixth (6th) hour on all shifts.

  **(d)** All employees who work through their meal period shall be guaranteed not less than eight and one-half (8 ½) hours of continuous work paid in accordance with this agreement.

**8.** <u>**Safety Meeting:**</u> Employees required to attend safety review meetings not scheduled as part of a regular work day shall be compensated at their applicable rate of pay for all time spent attending such meetings.

## ARTICLE 15
## GENERAL CONDITIONS

**1. Seniority:**

(a) Seniority as the term is used herein, means the length of continuous service of any regular employee from the date of first employment by the Employer as hereinafter provided.

(b) New Employees shall be regarded as probationary employees until they have acquired seniority rights. Probationary employees shall attain seniority rights when they have actually been at work in the employ of the Employer for a total of thirty (30) work days or sixty (60) calendar days. There shall be no responsibility for the re-employment of probationary employees if they are laid off or discharged prior to attaining seniority rights. After thirty (30) work days or sixty (60) calendar days of employment as above defined, the names of such employees shall be placed on the seniority list as provided in Section 15.1(a) with a service credit reverting back to the first day of hire. The Union shall receive a seniority list upon request.

(c) The Employer shall keep posted in a conspicuous place, a master company or individual location seniority list (as may be appropriate) drafted in accordance with this article.

(d) Any employee covered by this agreement who accepts a promotion to a salaried position with the Employer shall retain all previously accumulated seniority for a period of twelve (12) consecutive months.

(e) In case of layoff due to lack of work, employees shall be laid-off in reverse order of seniority, providing the senior employee is qualified to replace the laid-off employee.

(f) The re-hiring procedure shall be the reverse of the layoff procedure. When work increases, employees laid-off shall be notified to report to work in order of seniority.

(g) Failure by an employee to return to work within three (3) days after notice or attempted notice, by certified mail to the employee's last known address and a copy being sent to the Local Union office, will result in loss of seniority rights. The Local Union office shall be notified by the Employer the same day as the employee. The three (3) days do not begin until the Union has been notified by the Employer.

The Union may furnish temporary drivers if requested to do so, until the laid-off employee shall report to work.

(h) If there are any break-downs or shutdowns during the day, a man whose vehicle is broken down or whose operations are shutdown shall go home for the completion of the workday and shall be paid as provided in Article 14; however the Employer may assign him to perform other duties at his prevailing wage rate for that day. When a vehicle shall be out of service for more than that day, seniority shall prevail on the following day.

**(i)** Seniority shall be broken by discharge, voluntary quit, failure to report after three (3) working days, as outlined in section 15.1(g) or by a lay-off for nine (9) consecutive months.

**(j)** Where employees have been scheduled the night before from the permanent location, and due to circumstances some jobs are cancelled, the Employer shall not be required to change the schedule for the following day. Seniority shall prevail on the next following day.

**(k)** Where the same Employer has more than one (1) job in progress, working out of different garages or parking sites and at the starting time of the job, due to weather or other conditions beyond the Employer's control, the job is not able to work and no decision can be made as to when the job can go, such lay-offs shall not exceed more than two (2) working days. After the expiration of two (2) working days the employee according to his company seniority shall be entitled to transfer to another job of the Employer if there are employees of less seniority working for the Employer on another job. When an employee requests a transfer to another parking site such employee shall stay at said parking site until its completion or until employee is laid-off.

Notwithstanding the foregoing, the Employer may permit a transfer immediately upon the lay-off without waiting two (2) days.

All employees domiciled at the same location will be assigned work according to their seniority, providing they are qualified. This will not affect the daily starting time. (All employees going to the same job, doing the same work will be started by seniority).

**2.** When hauling blacktop or similar material, drivers shall have a platform to stand on to roll their tarps at the plant.

**3.** If the employee is directed to take a truck to a job site or a garage and leave it at same, he shall be compensated until he returns to his original location.

**4.** Shift seniority shall prevail on selection of shifts in truck shop providing the mechanics have equal qualifications.

**5.** Employee's when told to park on a job site, the Employer shall with all possible means have the employee living nearest to the parking site report for work there, if qualified.

**ARTICLE 16**
**ADDITIONAL DUTIES**

**1.** Drivers when necessary shall clean their truck body, change tires, secure and unsecure loads and maintain the safety of their vehicles in the event of an emergency or breakdown. Drivers may be required to act as flagman upon request by the Employer. Drivers shall operate one vehicle only unless said vehicle is replaced with another. Drivers shall maintain their trucks at the job site for loading until quitting time. Supply and service truck drivers shall load and unload their

- 22 -

vehicles, except where doing so will not infringe on the work of other trades or where the equipment or material be loaded or unloaded is unreasonably heavy and help is needed, it will be supplied.

2. **Dump Man.**  A Dump Man shall be employed when there are two (2) or more pieces of equipment covered by this agreement engaged in the hauling and dumping of dirt, blacktop, road gravel and other solid filling material.  This provision shall only apply in areas where and when it has been past practice.

3. The Employer shall equip all trucks and tractors with workable heaters and defrosters and if equipped with air conditioning, same shall be maintained and in working order.

## ARTICLE 17
## NON-DISCRIMINATION

1. The Employer and the Union agree they will continue to not discriminate against any individual with respect to their hiring, compensation, terms and conditions of employment because of such individual's race, color, religion, sex, national origin, or age, (to the extent prohibited by law) nor will they limit, segregate or classify employees in any way to deprive any individual employee of employment opportunities because of their race, color, religion, sex, national origin, or age and the Age Discrimination Employment Act of 1967, as amended (to the extent prohibited by law).

2. Where masculine or feminine terms are utilized throughout this agreement, it is understood that each applies to the opposite sex.

## ARTICLE 18
## EMPLOYMENT TERMINATION

1.    **No Discrimination.**

(a) There shall be no discrimination on the part of the Employer against any employee nor shall any employee be discharged for any Union activity not interfering with the proper performance of their work.

(b) The Employer shall not discharge any employee because of race, creed, national origin, or sex, or age; nor because the employee has demanded wages, overtime or other benefits to which this agreement entitles them.

2.    **Discharge or suspension.**  The Employer shall not discharge or suspend any employee without just cause.

## ARTICLE 19
## HOLIDAYS

1. Double time shall be paid for all work done on Sundays and the following legal holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day.

2. If an employee has to work in any week when one of the following holidays fall (New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, and Christmas Day) where they would only work four (4) days during that week, that Saturday will be paid at time and one half (1 ½).

## ARTICLE 20
## VACATIONS AND LEAVES OF ABSENCE

Vacations may be taken by mutual agreement between the Employer and the employee.

Leaves of absence shall be granted to employees by mutual agreement between the Employer, the Local Union and the employee. Such leaves when granted shall be in writing, by the Employer and the employee, each signing three (3) copies, one (1) copy of which shall be retained by each of them and the third (3rd) copy to be retained by the Union.

All other time-off, must have Employer approval.

The Employer will not be responsible for contributions to the Health & Welfare or Pension during this vacation time.

## ARTICLE 21
## OWNER/DRIVERS

The Employer agrees that he will not subcontract work to any owner/operator or owner/driver unless there is full compliance with the subcontracting clause set forth in Article 4 so that all owner/drivers or owner/operators performing work must be paid an amount equal to the wages and fringe benefits being paid to employees working under this agreement. The Employer hereby agrees to assume any liability for failure of anyone performing this work to be paid the proper rates.

## ARTICLE 22
## MECHANIC'S TOOLS

1. If a Mechanic's tools are lost or stolen through fire or burglary on the Employer's premises or job site, the Employer must replace the tools at no cost to the Mechanics. The Mechanic shall be paid in accordance with the inventory list that is on file with the company prior to the loss. The employee will update the inventory list annually not to exceed twenty-five thousand dollars ($25,000.00).

**2.** The Employer shall furnish for use by the Mechanic the necessary sockets over one-half (½) inch drive at no cost to the Mechanic.

**3.** There must be at least two (2) employees on duty in the shop at all times during the night shift.

## ARTICLE 23
## BULLETIN BOARD ACCESS

The Employer shall provide space on an employer bulletin board for utilization of the Union for posting notices falling within the following categories:

1.   Union meetings;
2.   Union appointments;
3.   Union elections;
4.   Results of Union elections;
5.   International Union correspondences and required postings.

Notices to be posted shall be signed by a Union Official.  Any notices other than those specifically enumerated above shall be submitted to management for approval prior to posting.  The bulletin board shall not be used by the Union or its members for disseminating proposals, political materials, inflammatory materials or materials derogatory to the Employer.

## ARTICLE 24
## JOB ACCESS BY UNION-STEWARDS

**1.** The Business Representative shall have the privilege to visit any job to enforce the provisions of this agreement.

**2.** The Employer recognizes the right of the Union to designate job stewards.  If requested by the Local Union, the steward shall have preference for overtime, Saturday, Sunday and holiday work and shall be the last man laid-off at the conclusion of a project, provided he is qualified to perform the work.  The authority of job stewards so designated by the Union shall be limited to and shall not exceed, the following duties and activities:

**(a)** The investigation and presentation of grievances with his employer or the designated company representative in accordance with the provisions of the collective bargaining agreement.

**(b)** The transmission of such messages and information which shall originate with, and are authorized by the Local Union, or its Officers, provided such messages and information:

1. Have been reduced to writing; or
2. If not reduced to writing, are of a routine nature and do not involve work stoppages, slow down, refusal to handle goods, or any other interference with the Employer's business.

**(c)** Job stewards have no authority to take strike action or any other action interrupting the Employer's business.

**(d)** The Employer recognizes these limitations upon the authority of job stewards and shall not hold the Union liable for any unauthorized acts by the job stewards. The Employer in so recognizing such limitations shall have the authority to impose discipline, including discharge, in the event the steward has taken unauthorized strike action, slow down, or work stoppage in violation of this agreement and any action taken by the Employer shall not be subject to the grievance and arbitration procedure.

**3**. A job steward shall be a competent working Teamster.

**4.** A steward shall not leave the job during working hours unless authorized by the Employer.

## ARTICLE 25
## PROTECTION OF RIGHTS

**1.** It shall not be a violation of this agreement, and it shall not be cause for discharge or disciplinary action in the event an employee refuses to enter upon any property involved in a lawful primary picket line, including the lawful primary picket line of Union's party to this agreement, and including lawful primary picket lines at the Employer's places of business. In the application of this article it is immaterial if the labor dispute or picketing is illegal if the labor dispute or picketing is primary.

**2.** This article in its entirety is excluded from the application of the grievance procedure of this agreement.

## ARTICLE 26
## SEPARATE AGREEMENTS

It is agreed that the Employer or the employee and the Union will not be asked to make any written or verbal agreements, unless presented to the Union by the Employer or the employees and a vote taken by the employees involved to accept or reject. Any approved verbal agreement to be effective must be reduced to writing and signed by the parties.

## ARTICLE 27
## COMPLIANCE WITH SAFETY AND TRAFFIC LAWS

No employee shall be responsible for the purchase or display of city or state license tags or plates.  Overloading of trucks shall be the responsibility of the employer unless it is due to employees' negligent or willful acts.  If any employee is arrested or is issued a summons because of faulty equipment, failure to display tags or licenses, overloading or overweight, he shall not be required to surrender his chauffeur's license in lieu of bond, and if he is thereby to appear in court on behalf of his employer, he shall be reimbursed for his lost time at his regular straight time hourly rate of pay unless it is due to employee negligence.  In no event shall the employer be responsible for the employee's acts solely within the control of the employee such as, but not limited to, employee's violation of traffic laws.  Where an employee violates traffic laws, it shall be the responsibility to either post a bond or bond card, or to surrender his license.

## ARTICLE 28
## ECONOMIC LOSS

Employees covered by this agreement receiving higher wages or more attractive working conditions than those provided for in this agreement shall suffer no reduction by virtue of this agreement and shall be paid the increase in wages herein negotiated.  No employee shall receive less than the negotiated hourly rates published within this agreement.

## ARTICLE 29
## INSPECTION PRIVILEGES

1. Authorized Representatives of the Union shall have access to the Employer's establishment at all reasonable times for the purpose of adjusting disputes, investigating working conditions, collecting dues, and ascertaining compliance with this agreement which shall include the right to inspect and audit those specific payroll records, time cards and sheets as may relate to a particular grievance or grievances alleging non-payment or improper payment of wages, health and welfare or pension contributions.  Such records shall be produced at a place mutually agreed upon.

2. Employers shall keep a permanent daily payroll record of all employees and of hours worked by employees employed on a time basis showing starting and quitting time.  Notwithstanding the limitations of Section 1 above, such records effective June 1, 2015, shall be preserved for a period of not less than three (3) years and shall be subject to examination by the Union, but the Employer shall have the right to be present.

## ARTICLE 30
## EMERGENCIES

1. In case of emergencies such as floods, heavy snowfalls, fires or other disasters, Article 14 (fourteen) will not apply and, it shall be permissible for the Employer to require employees to work additional time in the same day at the applicable rate for that day, provided there is at lease a four (4) hour break in employment.

2. It is understood and agreed that the above provision applies only in the event of emergencies and is not applicable where the job regularly demands more than one (1) shift.

## ARTICLE 31
## SALES AND TRANSFERS-SCOPE OF OBLIGATION

1. This agreement shall be binding upon the parties hereto, respective successors, administrators, executors, assigns, and legal representatives; in the event the employer's business or operation or part thereof, is sold, leased, transferred or taken over by any means whatsoever, including but not limited to sale, transfer, lease, succession, merger, consolidation, assignment, receivership, bankruptcy proceedings or operation of law, or taken over or absorbed by a parent company or a subsidiary company or subsidiary corporation, such business or operation shall continue to be subject to and covered by the terms and conditions of this agreement for the life thereof. The Employer shall not use any leasing device to evade this agreement. Nothing in this agreement shall limit or restrict the right of an employer to cease its business or operations.

2. In the event an employer buys out the business or operations of another employer and operates it as a separate legal entity, then the seniority of the employees shall continue on the same basis as it existed prior to the occurrence of said buy out.

3. In the event an employer buys out another employer covered by this agreement and merges operations of the bought-out employer into his own, the seniority of the employees shall be established as follows:

(a) In the event the acquiring employer has bought-out or merged with another solvent employer who is covered by this agreement, the seniority of the employees of both employers shall be merged within their seniority units in accordance with their dates of hire with their respective employers, to the extent of the acquiring employer's need as to qualifications and number of employees. This provision shall apply only as to merged operations within the same Local Union's jurisdiction.

**(b)** In the event the bought-out employer is insolvent, the employees of such employer who are retained shall be placed at the bottom of the seniority list as a group listed in accordance with their previous seniority standing. The acquiring employer need retain such employees of the bought-out employer only to the extent of his need as to qualifications and number of employees.

## ARTICLE 32
## CONFORMITY TO LAW-SAVINGS CLAUSE

**1.** If any provision or the enforcement or performance of any provision of this agreement is or shall at any time be contrary to law, then such provision shall not be applicable or enforced or performed, except to the extent permitted by law. If at any time thereafter such provision or its enforcement or performance shall no longer conflict with the law, then it shall be deemed restored in full force and effect as if it had never been in conflict with the law.

**2.** If any provision of this agreement or the application of such provision to any person or circumstances shall be held invalid the remainder of this agreement or the application of such provision to other persons or circumstances, shall not be affected thereby.

**3.** If any provision of this agreement or the application of such provision to any person or circumstances shall at any time be contrary to law, then the parties shall meet to negotiate a substitute provision which shall remain in effect until the expiration of the agreement or until the affected provision is restored pursuant to Article 32.1 above. Should the parties bargain to impasse over the substitute provision either or both may impose economic sanctions in support of their position and neither the grievance and arbitration provisions of this agreement nor the no strike-no lockout provisions shall be applicable.

## ARTICLE 33
## FUNERAL LEAVE

When an employee's mother, father, sister, brother, wife, mother-in-law, father-in-law, grandparents or child dies, said employee, if he so requests, shall be given the necessary time off with pay not to exceed a total of three (3) days.

## ARTICLE 34
## MILITARY LEAVE OF ABSENCE

An employee selected, drafted or who volunteers for military service for the United States of America, or for any governmental agency directly connected with the defense of the United States (or its allies) shall be granted a military leave of absence with accumulated seniority for the duration of such service and at the termination thereof shall be reinstated on the seniority list in his proper classification.

## ARTICLE 35
## UNIFORM DRUG/ALCOHOL ABUSE POLICIES

**1.** The Union recognizes that the employers of Teamsters are required to meet the regulations established by more than one governmental agency.

**2. (a)** It is hereby agreed that the employer shall adopt the Construction Industry Service Corporation ("CISCO") "Uniform Drug/Alcohol Abuse Program". State and Federal drug free workplace acts, or other policies required to meet the regulations established by the Federal Department of Transportation or the Illinois Department of Transportation, shall not conflict with the terms and conditions of the Area Wide Material Hauling Agreement.

**(b)** It is further understood that policies adopted by the Employer that are in excess of governmental regulations shall be subject to the grievance procedure established in Article 7 of this agreement.

**3.** All employees shall be compensated for any and all time spent while complying with the drug and/or alcohol testing procedures as established within this agreement. Said time shall be paid at the employee's applicable hourly wage rate.

## ARTICLE 36
## UNIFORMS

The Employer shall pay the cost of all or any part of uniforms or wearing apparel constituting any part of a uniform that the employer requires an employee to wear. It is further agreed that the Employer will launder or clean said uniforms or wearing apparel shall remain the property of the Employer.

## ARTICLE 37
## WORK RULES

The Employer may adopt reasonable safety and work rules not inconsistent with this agreement or the law, and the Union shall be given a written copy of such rules for review prior to issuance and circulation to the bargaining unit. Any discipline imposed for violation of said rule(s) shall be subject to review and/or challenge pursuant to the grievance procedure contained within this agreement.

## ARTICLE 38
## ILLINOIS TEAMSTERS/EMPLOYERS APPRENTICESHIP AND TRAINING FUND AFFILIATED WITH JOINT COUNCIL 25

The parties acknowledge that the Illinois Teamsters/Employers Apprenticeship and Training Fund Affiliated with Joint Council 25 (Training Fund) has been established for the purpose of providing apprenticeship and training opportunities to individuals working in the construction, material hauling, warehousing and cartage industries.

The Employer agrees that it is bound by the Trust Agreement creating the Training Fund, including all prior and subsequent amendments thereto, as if it had signed the original copy of said Trust Agreement. The Employer hereby designates as its Representatives on the Board of Trustees such Employer Trustees as have been appointed in the manner provided for in the Trust Agreement, together with their successors. The Employer further agrees to be bound by all actions taken by the Trustees in the administration of the Trust.

Each employer shall contribute into the Illinois Teamsters/Employers Apprenticeship and Training Fund Affiliated with Joint Council 25 the amount of fifteen cents ($0.15) per hour per member. The Employer shall remit such contributions on a monthly basis along with a completed contribution report on a form approved by the Trustees. Contributions due for one (1) month must be received no later than the twentieth (20th day) of the following month. Contributions received after that date are delinquent. An Employer who submits delinquent contributions is subject to payment of liquidated damages and interest in accordance with the Policies established by the Trustees.

The Trustees of the Training Fund have the authority to audit the books and records of a participating Employer through their authorized representative, either randomly or whenever such examination is deemed necessary, in accordance with policies established by the Trustees. The Employer agrees to make available to the authorized representative of the Trustees, payroll records, tax records, time records and such other records as the Trustees deem necessary to verify that the contributions required under this Article have been paid correctly and in full. In the event that the audit discloses that, during the period of the audit, the Employer underpaid its contributions to the Training Fund, the Employer shall be liable for the costs of the audit, as well as liquidated damages and interest in accordance with the policies established by the Trustees.

## ARTICLE 39
## DURATION AND TERMINATION

This agreement shall become effective on June 1, 2015 and shall remain in full force and effect until and including July 31, 2019, this agreement shall be renewed automatically for periods of one (1) year unless either the Employer or the Union gives written notice to the other of a desire to modify, amend or terminate at least sixty (60) days prior to the expiration of any such period.

IN WITNESS WHEROF, THE PARTIES HAVE EXCUTED THIS AGREEMENT ON THE

_____12th_____ DAY OF __September_____ , 20_17___.

**SIGNED FOR THE UNION:**                    **SIGNED FOR THE EMPLOYER:**

**CHAUFFEURS, TEAMSTERS AND
HELPERS UNION LOCAL NO. 301,
An Affiliate of the International
Brotherhood of Teamsters**

_____          ___Pichon Trucking, Inc.___
**By**                                          **Company Name**

                                        _____
                                        **By**

___Secretary-Treasurer___               ___4-12-17_____
**Title**                                       **Title**

- 32 -

# CHAUFFEURS, TEAMSTERS AND HELPERS
# LOCAL UNION NO. 301

### LAKE AND MC HENRY COUNTIES, ILLINOIS

Affiliated With the International
Brotherhood of Teamsters

36990 NORTH GREEN BAY ROAD
WAUKEGAN, ILLINOIS 60087
TELEPHONE: (847) 623-5430
FAX: (847) 623-5795



**MICHAEL T. HAFFNER**
PRINCIPAL OFFICER
SECRETARY-TREASURER AND
BUSINESS REPRESENTATIVE

## ADDENDUM #1 – MATERIAL HAUL

Employees driving trucks on jobs for which the Employer's contract with the contractor provides for payment to the Employer by the load, tonnage or percentage must be compensated at a rate to meet or exceed 80% of the total economic package of the Area Wide Construction Agreement (MARBA), consisting of wages, health and welfare, and defined benefit contributions. The 80% rate is restricted to Material Haul only.

This rate shall apply to employees transporting construction materials including but not limited to aggregate material, lime, stone, sand, and any other material used for Heavy Highway construction or filling and stockpiling. All other work performed on a jobsite other than delivering and stockpiling shall be paid at the Area Wide Construction Agreement (MARBA) rate.

**This addendum must be signed as agreed by Local Union No. 301 and the Employer or its provision do not apply.**

*The Employer agrees to abide by all other Articles and Sections in the Area Wide Material Hauling/Heavy Highway Agreement which is effective June 1, 2015 through July 31, 2019 and its successor agreement.*

<u>**For the Union:**</u>

**Chauffeurs, Teamsters and Helpers Union Local 301**

*An Affiliate of the International Brotherhood of Teamsters*

_____
*(By)*

9/12/17
_____
*(Date)*

<u>**For the Employer:**</u>

Pichon Trucking Inc

_____
*(By)*

4-12-17
_____
*(Date)*

# CHAUFFEURS, TEAMSTERS AND HELPERS

# LOCAL UNION NO. 301

### LAKE AND MC HENRY COUNTIES, ILLINOIS

Affiliated With the International
Brotherhood of Teamsters



**36990 NORTH GREEN BAY ROAD**
**WAUKEGAN, ILLINOIS 60087**
**TELEPHONE: (847) 623-5430**
**FAX: (847) 623-5795**

**MICHAEL T. HAFFNER**
PRINCIPAL OFFICER
SECRETARY-TREASURER AND
BUSINESS REPRESENTATIVE

## ADDENDUM #2 – MOST FAVORED NATIONS

During the term of the _Pichon Trucking, Inc._ Agreement with Teamster's Local Union No. 301, should any Local Union in the Joint Council No. 25 area partied to the MARBA or NIRMMA contracts enter into an agreement covering the same work as performed under the _Pichon Trucking, Inc._ Agreement, which in total contains more favorable wages, hours, benefits or other economic conditions than are contained in the Local Union 301/_Pichon Trucking, Inc._ Agreement, _Pichon Trucking, Inc._ may adopt such more favorable agreement in its entirety. The issue of whether the agreement claimed to be more favorable, is in fact more favorable, shall be subject to the grievance and arbitration provision of the _Pichon Trucking, Inc._/301 Agreement.

**This addendum must be signed as agreed by Local Union No. 301 and the Employer or its provision do not apply.**

*The Employer agrees to abide by all other Articles and Sections in the Area Wide Material Hauling/Heavy Highway Agreement which is effective June 1, 2015 through July 31, 2019 and its successor agreement.*

**For the Union:**                                      **For the Employer:**

**Chauffeurs, Teamsters and**
**Helpers Union Local 301**

*An Affiliate of the International*
*Brotherhood of Teamsters*

_Pichon Trucking Inc_

_____          _____
**(By)**                                              **(By)**

      9/12/17                                   9-12-17
_____          _____
**(Date)**                                            **(Date)**